# ALABAMA COURT OF CRIMINAL APPEALS



May 17, 2024

**CR-2022-0981**
Samuel Arthur Thompson v. State of Alabama (Appeal from Mobile Circuit Court:
CC-98-72.60 and CC-98-73.60)

## <u>NOTICE</u>

You are hereby notified that on May 17, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk